UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JARED J. BLINSKY,**

        **Plaintiff,**

   v.                                     **Civil Action 2:23-cv-121**
                                              **Judge Edmund A. Sargus, Jr.**
                                              **Magistrate Judge Chelsey M. Vascura**

**FREEDOM INSURANCE COMPANY**
**OF AMERICAN,** *et al.***,**

        **Defendants.**

## REPORT AND RECOMMENDATION

      Plaintiff's Complaint (ECF No. 2) asserts claims against, among others, defendants identified as "ABC Insurance Company 1–3." To date, the docket does not reflect that Plaintiff has moved to amend the Complaint to substitute the real name of the pseudonymous Defendants; nor does it reflect that Plaintiff has effected service upon them as required by Federal Rule of Civil Procedure 4(m). Accordingly, on May 1, 2023, this Court issued an order directing Plaintiff to show cause why the Court should not dismiss Defendants ABC Insurance Company 1–3 without prejudice and why the Court should allow an extension of time to effect service. (ECF No. 9.)

      To date, Plaintiff has not responded to the Show Cause Order, sought leave to amend the Complaint to substitute the real names of ABC Insurance Company 1–3, or effected service on ABC Insurance Company 1–3. It is therefore **RECOMMENDED** that Plaintiff's claims against ABC Insurance Company 1–3 be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) for failure to timely effect service of process.

## **PROCEDURE ON OBJECTIONS**

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE