UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JARED J. BLINSKY,**

      **Plaintiff,**

v.

**FREEDOM INSURANCE COMPANY OF AMERICA,** *et al.***,**

      **Defendants.**

Case No. 2:23-cv-121
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 13), in which she recommended that Plaintiff's claims against ABC Insurance Company 1–3 be dismissed without prejudice pursuant to Rule 4(m) for failure to timely effect service of process. The time for objecting has passed and there has been no objections. Therefore, for the reasons set forth in the Report and Recommendation, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against ABC Insurance Company 1–3 pursuant to Rule 4(m) for failure to timely effect service of process.

    **IT IS SO ORDERED.**

**7/11/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.,**
**UNITED STATES DISTRICT JUDGE**