# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jared J. Blinsky, <br> *Plaintiff* <br> v. <br> Freedom Insurance Company of America, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:23-cv-121 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other**: Pursuant to the Order filed 7/11/2023 – The Court ADOPTS ECF No. 13 Magistrate Judge's Report and Recommendation. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against ABC Insurance Company 1–3 pursuant to Rule 4(m) for failure to timely effect service of process.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 7/11/2023

CLERK OF COURT

*Christi M. Werr* (signature)
Signature of Clerk or Deputy Clerk